# **EXHIBIT C**



# Montana



| VA Facilities (as of 9/30/2017) | Montana | National |
|---|---|---|
| Number of Inpatient Care Sites | 1 | 154 |
| Number of Outpatient Care Sites | 17 | 1,029 |
| Number of Vet Centers | 4 | 300 |
| Number of VBA Regional Offices | 1 | 56 |
| Number of National and State Cemeteries | 5 | 246 |

| VA Expenditures FY 2017 (*in thousands*) | Montana | National |
|---|---|---|
| Compensation & Pension | $ 343,464 | $ 84,138,460 |
| Construction | $ 357 | $ 1,467,395 |
| Education & Voc Rehab/Employment | $ 43,854 | $ 13,182,263 |
| General Operating Expenses | $ 10,267 | $ 9,222,998 |
| Insurance & Indemnities | $ 7,190 | $ 1,700,374 |
| Medical Care | $ 382,448 | $ 69,709,570 |

National Center for Veterans Analysis and Statistics,  Contact: www.va.gov/vetdata
Sources: VA Veteran Population Projection Model, VA Geographic Distribution of Expenditures, VA Annual Benefits Report, U.S. Census Bureau, American Community Survey



# Montana

| Veteran Population (as of 9/30/2017) | Montana | National |
|---|---|---|
| Number of Veterans | 91,336 | 19,998,799 |
| Percent of Adult Population that are Veterans | 11.44% | 6.60% |
| Number of Women Veterans | 8,512 | 1,882,848 |
| Percent of Women Veterans | 9.32% | 9.41% |
| Number of Military Retirees | 9,515 | 2,156,647 |
| Percent of Veterans that are Military Retirees | 10.42% | 10.78% |
| Number of Veterans Age 65 and Over | 44,499 | 9,410,179 |
| Percent of Veterans Age 65 and Over | 48.72% | 47.05% |









| VA Healthcare and Benefits (as of 9/30/2017) | Montana | National |
|---|---|---|
| Number of Veterans Receiving Disability Compensation | 22,192 | 4,552,819 |
| Number of Veterans Receiving Pension | 1,331 | 276,570 |
| Number of Dependency & Indemnity Comp Beneficiaries | 1,529 | 411,390 |
| Number of Education Beneficiaries | 2,973 | 987,577 |
| Number of Enrollees in VA Healthcare System | 50,169 | 9,116,200 |
| Number of Unique Patients Treated | 36,011 | 6,035,183 |

National Center for Veterans Analysis and Statistics,  Contact: www.va.gov/vetdata
Sources: VA Veteran Population Projection Model, VA Geographic Distribution of Expenditures,
VA Annual Benefits Report, U.S. Census Bureau, American Community Survey



# Montana

| Population Change | Montana | National |
|---|---|---|
| **Veteran Population 2015** | 93K | 20.8M |
| **Veteran Population 2045** | 62K | 12M |
| **Annual Percentage Change** | -1.33% | -1.82% |

| Montana | | 9/30/2015 | 9/30/2020 | 9/30/2025 | 9/30/2030 | 9/30/2035 | 9/30/2040 | 9/30/2045 |
|---|---|---|---|---|---|---|---|---|
| **Age** | Less than 40 | 14,361 | 14,162 | 12,479 | 11,067 | 10,733 | 10,763 | 10,791 |
| | 40-64 | 34,265 | 30,848 | 29,753 | 29,018 | 27,619 | 26,819 | 25,591 |
| | 65+ | 44,730 | 42,937 | 39,896 | 36,367 | 32,685 | 28,621 | 26,013 |

| Montana | | 9/30/2015 | 9/30/2020 | 9/30/2025 | 9/30/2030 | 9/30/2035 | 9/30/2040 | 9/30/2045 |
|---|---|---|---|---|---|---|---|---|
| **Gender** | Male | 85,153 | 79,057 | 72,674 | 66,492 | 60,645 | 55,494 | 51,501 |
| | Female | 8,203 | 8,891 | 9,453 | 9,961 | 10,392 | 10,709 | 10,893 |

| Montana | | 9/30/2015 | 9/30/2020 | 9/30/2025 | 9/30/2030 | 9/30/2035 | 9/30/2040 | 9/30/2045 |
|---|---|---|---|---|---|---|---|---|
| **Period of Service** | WWII | 3,436 | 1,088 | 217 | 27 | 2 | 0 | 0 |
| | Korea | 7,978 | 4,704 | 2,069 | 611 | 116 | 14 | 1 |
| | Vietnam | 32,996 | 29,577 | 24,968 | 19,226 | 12,840 | 6,991 | 2,909 |
| | Gulf War | 31,945 | 37,216 | 40,505 | 41,478 | 41,458 | 40,498 | 38,357 |

Note: The total for Period of Service does not equal the total Veteran Population because peace time veterans were excluded

| Montana | | 9/30/2015 | 9/30/2020 | 9/30/2025 | 9/30/2030 | 9/30/2035 | 9/30/2040 | 9/30/2045 |
|---|---|---|---|---|---|---|---|---|
| **Race** | White, Not Hispanic | 84,994 | 79,052 | 72,883 | 66,816 | 60,761 | 55,074 | 50,285 |
| | Minority | 8,362 | 8,896 | 9,244 | 9,637 | 10,275 | 11,130 | 12,109 |

Note: Minorities are all races/ethnicities except non-Hispanic White Veterans



National Center for Veterans Analysis and Statistics,  Contact: www.va.gov/vetdata
Sources: VA Veteran Population Projection Model, VA Geographic Distribution of Expenditures,
VA Annual Benefits Report, U.S. Census Bureau, American Community Survey