IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| THE STATE OF MONTANA, et al., | |
| Plaintiffs, | CV-22-87-H-BMM |
| v. | |
| ELI LILY and COMPANY, et al, | **ORDER** |
| Defendants. | |

Defendant, Eli Lilly and Company has moved for an order allowing Jason A. Feld, Esq., James F. Hurst, Esq., Andrew A. Kassof, Esa, Ryan J. Moorman, Esq., and Diana M. Watral, Esq, to appear *pro hac vice* in this case with William W. Mercer, Esq., designated as local counsel. (Docs. 31, 32, 33, 34 and 35.) The applications of Mr. Feld, Mr. Hurst, Mr. Kassof, Mr. Moorman and Ms. Watral appear to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Defendant Eli Lilly and Company's motions to allow Mr. Feld, Mr. Hurst, Mr. Kassof, Mr. Moorman and Ms. Watral to appear on its behalf (Docs. 31, 32, 33, 34 and 35) re **GRANTED**, subject to the following conditions:

1.      Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Mr. Feld, Mr. Hurst, Mr. Kassof, Mr. Moorman and Ms. Watral must do their own work. They must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.  The Applicant Attorneys shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.      Admission is personal to Mr. Feld, Mr. Hurst, Mr. Kassof, Mr. Moorman and Ms. Watral, not the law firm they work for.

6.      Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Feld, Mr. Hurst, Mr. Kassof, Mr. Moorman and Ms. Watral must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 9th day of January, 2023.


Brian Morris, Chief District Judge
United States District Court