IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| THE STATE OF MONTANA,<br>*EX.REL*., AUSTIN KNUDSEN,<br>ATTORNEY GENERAL<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, ET AL.<br><br>Defendants. | CV-22-87-H-BMM<br><br>**ORDER** |

Defendants CVS Health Corporation, CVS Pharmacy Inc., Caremark, Caremark RX and Caremarkpcs Health (CVS) have moved for an order allowing Enu Mainigi, Esq., to appear *pro hac vice* in this case with Bruce F. Fain, Esq., designated as local counsel. (Doc. 66.) The application of Ms. Mainigi appears to be in compliance with L.R. 83.1(d).  **IT IS ORDERED**:

CVS' motion to allow Ms. Mainigi to appear on their behalf (Doc. 66) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Mainigi must do her own work. She must do her own writings, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. Mainigi, not the law firm she works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Ms. Mainigi must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 25th day of January, 2023.

_____
Brian Morris, Chief District Judge
United States District Court