IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| THE STATE OF MONTANA, ex rel., AUSTIN KNUDSEN, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY; et al. ,<br><br>Defendants. | No. CV-22-87-H-BMM<br><br><br>ORDER GRANTING COUNSEL TO APPEAR VIA VIDEO CONFERENCING FOR PENDING MOTIONS HEARING |

Upon the Unopposed Motion to Appear by Video Conferencing for Pending Motions Hearing (Doc. 137) and with good cause shown: IT IS HEREBY ORDERED that counsel for Defendant Novo Nordisk Inc. may appear by Zoom at the May 15, 2023, motion hearing. Counsel for Novo Nordisk Inc. will contact the Clerk of Court's Office for the Zoom link.

DATED this 10th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court

1